IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | Case No. 09-23611 |
| SHELENE TURNER | ) | |
| aka SHELENE TURNER WILLIAMS, | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtor(s). | ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT**

NOW COMES American Home Mortgage Servicing, Inc., as loan servicer for Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2005-R9, Asset-Backed Pass-Through Certificates, Series 2005-R9, by and through its attorney, LAW OFFICES OF IRA T. NEVEL, LLC and response to the Notice of Payment of Final Mortgage Cure Amount, states as follows:

That the mortgage account at issue is currently post due for the May 2010 payment in the amount of $1,048.45, (2) late charges of $46.17 each, totaling $1,140.79 (minus $287.30 being held in suspense as insufficient to apply).

    Respectfully submitted,
    Law Offices of Ira T. Nevel

    */s/  Timothy R. Yueill*
    By:  Timothy R. Yueill, Esq.
    Attorney for American Home Mortgage Servicing, Inc.

Timothy R. Yueill
Greg Elsnic
Ira T. Nevel
LAW OFFICES OF IRA T. NEVEL, LLC
175 North Franklin, Suite 201
Chicago, Illinois 60602
(312) 357-1125