IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | Case No. 09-23611 |
| SHELENE TURNER | ) | |
| aka SHELENE TURNER WILLIAMS, | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtor(s). | ) | |

**NOTICE OF ELECTRONIC FILING**
**AND CERTIFICATION OF SERVICE BY MAIL**

**PLEASE TAKE NOTICE** that a Response to the Notice of Payment of Final Mortgage Cure Amount as to American Home Mortgage Servicing, Inc., in the above captioned matter has been electronically filed on May 24, 2010 with the U.S. Bankruptcy Court for Northern District of Illinois and served electronically upon the following parties:

**Served upon the following parties electronically and by mail:**
Robert J. Semrad & Associates, 20 S. Clark St., 28th Fl, Chicago, IL 60603 - Attorney for Debtor
Marilyn O. Marshall, 224 S. Michigan, Ste 800, Chicago, IL 60604 - Trustee
William T. Neary, 219 South Dearborn Street, Room 873, Chicago, IL 60604 - U.S. Trustee
**and served upon the following parties by mail:**
Shelene Turner aka Williams, 9712 S. Van Vlissingen Rd., Chicago, IL 60617 - Debtor

**CERTIFICATE OF SERVICE**

I, The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Response upon the parties listed above, as to the Trustees and Debtor's counsel via electronic through ECF on May 24, 2010 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on May 24, 2010.

By: *Timothy R. Yueill*

Law Offices of Ira T. Nevel
175 North Franklin, Suite 201
Chicago, Illinois 60606
(312) 357-112

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**